UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALYSSA OWENS,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KLICKITAT COUNTY, a municipality,<br><br>　　　　　　　　Defendant. | NO: 1:18-CV-3022-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 33). The parties have stipulated that this action may be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2), and without costs to any party.

//

//

//

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(2) and the parties' stipulation, the above-entitled matter is **DISMISSED** with prejudice and without cost to any party.

The District Court Executive is hereby directed to enter this Order, and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED September 13, 2018.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2